IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SONIA D. WOBBE,

        Plaintiff,                    No.  06:12-cv-00512-AC

       v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,      ORDER

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings & Recommendation (#20) on July 2, 2013, in which he recommends the Court affirm the Commissioner's decision to deny Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income.

    Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [#20], and therefore, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this ____6____ day of __Aug__, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER